EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re | 2012 TSPR 27 |
| Mercedes Barreras Soler | 184 DPR ____ |

Número del Caso: TS-9970

Fecha: 10 de febrero de 2012

Abogado de la Parte Peticionaria:

Lcdo. Gonzalo Barreras Varona

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Mercedes M. Barreras Soler          TS-9970

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 10 de febrero de 2012.

Examinada la solicitud de reinstalación presentada por la Sra. Mercedes M. Barreras Soler, ha lugar. Se autoriza la reinstalación de la señora Barreras Soler al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo